Of Counsel:
GALIHER DeROBERTIS ONO

GARY O. GALIHER          2008
L. RICHARD DeROBERTIS   3179
610 Ward Avenue
Honolulu, Hawai`i  96814-3308
Telephone:  (808) 597-1400
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAI'I

CV No. 13-00452 DKW-BMK
*(consolidated with CV No. 13-00705)*

| | |
|---|---|
| JAMES R. S. HERBERT and BARBARA ELLIS,<br><br>        Plaintiffs,<br><br>vs.<br><br>FISHER SCIENTIFIC COMPANY L.L.C., a Delaware corporation, VWR INTERNATIONAL, LLC, successor in interest to Sargent-Welsh Scientific Company, a Delaware corporation; and DOES 1 to 25,<br><br>        Defendants. | NOTICE OF APPEAL; REPRESENTATION STATEMENT; CERTIFICATE OF SERVICE |

D:\06352A01\Pleadings\APPEAL\Ntc Appl.docx

## NOTICE OF APPEAL

Notice is hereby given that JAMES R. S. HERBERT and BARBARA ELLIS, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in favor of Defendants [Docket No. 81], entered in this action on the 18th day of April 2014, pursuant to the Order Granting Defendant Fisher Scientific Company LLC's Motion to Dismiss First Amended Complaint on the Grounds of *Forum Non Conveniens* [Docket No. 80] filed on April 14, 2014.

/s/L. Richard DeRobertis
L. RICHARD DeROBERTIS
Attorney for Plaintiffs-Appellants
Galiher DeRobertis Ono
610 Ward Avenue
Honolulu, HI 96814
808-597-1400
richard.derobertis@galiherlaw.com