IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JAMES R.S. HERBERT AND BARBARA ELLIS, <br><br> Plaintiffs, <br><br> vs. <br><br> 1) FISHER SCIENTIFIC COMPANY L.L.C., a Delaware corporation; <br><br> 2) VWR INTERNATIONAL, LLC, successor in interest to Sargent-Welch Scientific Company, a Delaware corporation; and <br><br> 3) DOES 1-25, <br><br> Defendants. | CIVIL No. 13-00452 DKW-BMK <br> CIVIL No. 13-00705 DKW-BMK <br> (Consolidated Cases) <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 9, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Defendant Fisher Scientific Company L.L.C.'s Motion

for Determination of Good Faith Settlement" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: October 28, 2014, Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

JAMES R.S. HERBERT AND BARBARA ELLIS, vs. FISHER SCIENTIFIC COMPANY L.L.C., a Delaware corporation et al.; CIVIL No. 13-00452 DKW-BMK; CIVIL No. 13-00705 DKW-BMK